IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-350-D

RECKITT BENCKISER                    )
PHARMACEUTICALS, INC.,               )
and MONOSOL RX, LLC.,                )
                                     )
            Plaintiffs,              )
                                     )
    v.                               )            **ORDER**
                                     )
BIODELIVERY SCIENCES                 )
INTERNATIONAL, INC., and             )
QUINTILES COMMERCIAL U.S., INC.,     )
                                     )
            Defendants.              )

Upon considering the joint motion to stay [D.E. 39], and for good cause shown, the motion

is GRANTED.

    IT IS HEREBY ORDERED:

    1. The above-captioned action is stayed in its entirety, pending the outcome and final

determination of the proceedings concerning U.S. Patent No. 8,765,167 at the United States Patent

and Trademark Office, including appeals thereof.

    2. The parties shall jointly advise the court within fourteen (14) days of a final, non-

appealable decision concerning U.S. Patent No. 8,765,167.

    3. The motion to dismiss [D.E. 14] is DISMISSED without prejudice and may be refiled

after the stay is lifted. The motion for extension of time [D.E. 41] is DISMISSED as moot. The

parties need not conduct a Rule 26 conference until after the stay is lifted.

    SO ORDERED. This 5 day of May 2016.

                                    JAMES C. DEVER III
                                    Chief United States District Judge