# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

RECKITT BENCKISER
PHARMACEUTICALS INC., and
AQUESTIVE THERAPEUTICS, INC.,
f/k/a MonoSol Rx, LLC,

          Plaintiffs,

v.

BIODELIVERY SCIENCES
INTERNATIONAL, INC., and
QUINTILES COMMERCIAL US, INC.

          Defendants.

Civil Action No. 5:15-CV-00350-D

IT IS HEREBY ORDERED that the Motion to Reflect Name Change for Plaintiff is GRANTED.

SO ORDERED. This **24** date of October 2018.

JAMES C. DEVER III
United States District Judge