IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-350-D

RECKITT BENCKISER )
PHARMACEUTICALS, INC., )
and MONOSOL RX, LLC, )
                                  )
                Plaintiffs, )
                                  )
     v.                              )        **ORDER**
                                  )
BIODELIVERY SCIENCES )
INTERNATIONAL, INC., and )
QUINTILES COMMERCIAL US, INC., )
                                  )
                Defendants. )

On January 4, 2021, the parties filed a joint status report [D.E. 60] and stated that the USPTO's decision is now final and that the stay in this long pending case may now be lifted. See id. The stay is LIFTED.

Not later than April 23, 2021, the parties shall file a joint statement advising the court potential trial dates for July and August 2021. This matter will be set for trial by separate order.

The court refers this case to United States Magistrate Judge Gates for a court-hosted settlement conference. Judge Gates will notify the parties how he wishes to proceed concerning the settlement conference, and the date on which it will be held.

SO ORDERED. This 15 day of April 2021.

                                                    JAMES C. DEVER III
                                                    United States District Judge