IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:15-CV-00350-D

|  |  |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS INC., and AQUESTIVE THERAPEUTICS, INC. f/k/a MONOSOL RX, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BIODELIVERY SCIENCES INTERNATIONAL, INC., and QUINTILES COMMERCIAL US, INC. <br><br> Defendants. | **ORDER GRANTING UNOPPOSED MOTION TO REFLECT NAME CHANGE** |

Plaintiff Reckitt Benckiser Pharmaceuticals Inc., now known as Indivior Inc., moved the Court for an order reflecting a name change from "Reckitt Benckiser Pharmaceuticals Inc." to "Indivior Inc." in this action. Defendants do not oppose the relief requested in the motion.

Upon consideration and for good cause, the Court **GRANTS** Reckitt Benckiser Pharmaceuticals Inc.'s motion.

IT IS HEREBY ORDERED that the Motion to Reflect Name Change for Plaintiff is GRANTED.

SO ORDERED. This the ⎽5⎽ date of May, 2021.

JAMES C. DEVER III
United States District Judge