IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-350-D

| | |
|---|---|
| INDIVIOR, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BIODELIVERY SCIENCES ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

In accordance with defendant's filing of June 3, 2021 [D.E. 82], the court DISMISSES as moot defendant's motion to dismiss for failure to state a claim. See [D.E. 66].

SO ORDERED. This 9 day of August 2021

JAMES C. DEVER III
United States District Judge