**Index of Exhibits Filed With Memorandum Of Law In Support of Motion to Compel**

| Exhibit | Description of Exhibit |
|---|---|
| Exhibit A | U.S. Patent No. 8,765,167 |
| Exhibit B | Aquestive's First Set of RFPs (Nos. 1–12) to Defendant BDSI in case number 19-CV-00505. |
| Exhibit C | Plaintiffs' First Set of RFPs (Nos. 1–12) to Defendant BDSI in case number 15-cv-00350 |
| Exhibit D | Aquestive's Second Set of RFPs (Nos. 13–55) to Defendant BDSI in case number 19-CV-00505 |
| Exhibit E | Plaintiffs' Second Set of RFPs (Nos. 13–55) to Defendant BDSI in case number 15-cv-00350 |
| Exhibit F | BDSI's Responses and Objections to First Set of RFPs (Nos. 1-12) in case number 19-CV-00505 |
| Exhibit G | BDSI's Responses and Objections to First Set of RFPs (Nos. 1-12) in case number 15-cv-00350 |
| Exhibit H | BDSI's Responses and Objections to Second Set of RFPs (Nos. 13-55) in case number 19-CV-00505 |
| Exhibit I | BDSI's Responses and Objections to Second Set of RFPs (Nos. 13-55) in case number 15-cv-00350 |
| Exhibit J | 2021-10-25 Letter from Targowska |
| Exhibit K | 2021-11-05 Letter from Freeman |
| Exhibit L | 2021-11-08 BDSI Production Letter |
| Exhibit M | 2021-11-11 Letter from Targowska |
| Exhibit N | 2022-01-23 Email from Foley |
| Exhibit O | 2022-02-02 Letter from Gelwicks |
| Exhibit P | 2022-02-16 Email from Freeman |
| Exhibit Q | 2022-02-19 Email from Gelwicks |
| Exhibit R | Email Conversation from 2021-11-16 through 2022-02-28 |
| Exhibit S | 2022-03-02 Email from Foley |
| Exhibit T | Email Conversation from 2022-02-18 through 2022-03-08 |
| Exhibit U | 2022-01-26 Aquestive Production Email |
| Exhibit V | 2022-05-31 Aquestive Production Letter |
| Exhibit W | 2022-07-05 Aquestive Production Letter |
| Exhibit X | 2022-06-09 Email Communication from Freeman |
| Exhibit Y | 2022-06-27 Letter from Lucia |
| Exhibit Z | 2022-07-06 Letter from Freeman |
| Exhibit BB | 2022-01-11 Aquestive Therapeutics, Inc. Notice of Third Party Subpoenas to ARx, LLC with Attachments in case number 19-cv-00505 |
| Exhibit CC | 2022-02-07 Third Party ARx, LLC's Objections to Aquestive's Third Party Subpoenas in case number 19-cv-00505 |
| Exhibit DD | 2022-02-14 Email from Evans |