# EXHIBIT K



**Kia Freeman**
Partner
T. 617-449-6549
F. 617-206-9412
kfreeman@mccarter.com

McCarter & English, LLP
265 Franklin Street
Boston, MA 02110

www.mccarter.com

November 5, 2021

VIA E-MAIL

James F. Hibey
John L. Abramic
Jamie L. Lucia
Anna M. Targowska
Benjamin Holt
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

E. Bradley Evans
Joseph A. Schouten
WARD & SMITH, P.A.
Post Office Box 8088
Greenville, NC 27835-8088

Re: *Indivior, Inc. and Aquestive Therapeutics, Inc. v. BioDelivery Sciences International, Inc.*, Civil Action No. 5:15-cv-00350-D (E.D.N.C.)

*Aquestive Therapeutics, Inc. v. BioDelivery Sciences International, Inc.* Civil Action No. 5:19-cv-00505-D (E.D.N.C.)

Dear Counsel:

I write in response to your letter of October 25, 2021 related to discovery in the above referenced cases.

As an initial matter, it is puzzling that Plaintiff(s) allege deficiencies in BioDelivery's productions when BioDelivery has produced over 900,000 pages of documents, whereas Plaintiff(s) indicated that they would produce responsive documents in their respective July 13, 2021 responses to BioDelivery's requests for production in each of the above cases, yet neither Plaintiff has produced any documents since then, except for the handful of public documents related to claim construction produced at AQ_EDNC0007997 to AQ_EDNC0008128.

Please confirm when Plaintiff(s) intend to make the productions promised in their July 13, 2021 responses.

Nonetheless, BioDelivery is in the process of preparing a further production in Action No. 5:19-cv-00505 within the next few days, which we expect to address at least some of the requests raised in your letter with respect to that case. We continue to search for additional responsive documents and to prepare them for production.

With respect to further document production, we propose that the parties undertake the collection and production of e-mail procedure as described in section 2.3 of the Stipulated Order Governing Electronic Discovery (Doc. 61). For example, we

ME1 38118382v.1

would be willing to exchange identification of significant e-mail custodians by November 12, 2021 and to exchange terms by November 19, 2021, if those dates are agreeable to Plaintiff(s). We note that Plaintiff(s) productions to date do not include any email materials.

In response to Plaintiff(s) specific question concerning Requests for Production Nos. 1 and 8—which relate to material submitted or proposed to be submitted to the FDA—BioDelivery has produced all of the correspondence with, and materials sent to, the FDA that existed as of the date of production. BioDelivery will supplement this production as necessary.

In response to your request that BioDelivery identify whether or not BioDelivery is withholding any documents pursuant to its objections, we are willing to update our responses following completion of the email collection and production procedure as described above. Completion of the email collection and production as contemplated in the Stipulated Order will likely narrow the range of questions for which any production remains outstanding. Similarly, we believe that it would be more efficient to have a mutual exchange of privilege logs after Plaintiff(s) have made their promised productions and after the parties have completed their email collection and production so that those materials can be included as appropriate.

Regarding Plaintiff(s)'s assertion that BioDelivery has only produced FDA correspondence, we disagree. BioDelivery has produced other material, including BDSI-BEL- 00886013 to BDSI-BEL- 00887691 and BDSI-BUN-00038410 to BDSI-BUN-00040134. As noted above, a further production is in progress and we look forward to engaging in the email collection and discovery process as explained above.

While we have raised general concerns with Plaintiff(s) productions above, this letter should not be taken as an indication or admission that any of Plaintiff(s) responses or productions, in whole or in part, are adequate and BioDelivery reserves the right to challenge the objections and responses at an appropriate time.

Please confirm when each Plaintiff will be making additional productions and whether you agree to the proposed dates for the email custodian and search term exchanges.

Sincerely,

Kia Freeman

cc: Counsel of Record (via email)