# EXHIBIT L



**Thomas F. Foley**
Associate
T. 617-449-6575
F. 617-607-9100
tfoley@mccarter.com

McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
www.mccarter.com

November 8, 2021

VIA E-MAIL

James F. Hibey
John L. Abramic
Anna M. Targowska
Jamie L. Lucia
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

E. Bradley Evans
Joseph A. Schouten
WARD & SMITH, P.A.
Post Office Box 8088
Greenville, NC 27835-8088

Re: *Aquestive Therapeutics, Inc. v. BioDelivery Sciences International, Inc.*
Civil Action No. 5:19-cv-00505-D (E.D.N.C.)

Dear Counsel:

On behalf of BioDelivery Sciences International, Inc., please find below a link to access a production in the above action designated PROD_BDSI_BEL_004 and containing documents bearing Bates numbers BDSI-BEL- 00887738 – BDSI-BEL-00888417.

All documents within this production are produced as single page TIFF or JPEG files. A load file and searchable text files have also been provided. This production has been zipped, password protected, and uploaded to the McCarter ShareFile site.

To access the production, please copy and paste the following link to download the production and then open the zip file using a password which will be provided in a separate email.

https://mccarterenglishllp.sharefile.com/d-sa977567ec8cf42a6aaba59ae549ede7e

File name: BDSI_BEL_PROD004.zip

Please let us know if you have any issues accessing the documents.

This production includes a sampling of the batch records for the accused products. The total batch records are quite voluminous and, because they are stored as scans of hard copy documents, are large files. Accordingly, the full library of batch records will be made available for inspection. Alternatively, we are happy to discuss options—including cost sharing—for electronic production of the remaining batch records.

Sincerely,

Thomas Foley

cc: Counsel of Record (via email)