# EXHIBIT M



Anna M Targowska
312 577-1269
atargowska@Steptoe.com

Steptoe & Johnson LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
312 577-1300 main
www.steptoe.com

November 11, 2021

**VIA E-MAIL**

Kia Freeman, Esq.
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110

> **Re:   Aquestive v. BDSI | Case No. 19-cv-00505-D (E.D.N.C.)**
> **Indivior et. al. v. BDSI | Case No. 5:15-CV-350-D (E.D.N.C.)**

Dear Ms. Freeman:

Thank you for your letter of November 5, 2021 and BDSI's commitment to produce documents responsive to the requests raised in my October 25, 2021 letter. We maintain our objections and reserve the right to raise others pending review of BDSI's recent November 8, 2021 production and any upcoming productions promised in your letter.

Additionally, Aquestive has been diligently working on collecting and identifying documents responsive to BDSI's requests for production. Subject to Aquestive's July 13, 2021 objections, we expect to make a production in the coming week and continue producing documents on rolling-basis.

Plaintiffs are also amenable to your proposed exchange of e-mail custodians on November 12, 2021 with an exchange of search terms following on November 19, 2921. We propose that the exchanges occur at 8pm ET.

Regards,

*/s/ Anna M Targowska*

Anna M Targowska

AMT