# EXHIBIT N

| From: | Foley, Thomas F. |
| --- | --- |
| To: | Gelwicks, Daniel; E. Bradley Evans; Joseph A. Schouten; Targowska, Anna; Lucia, Jamie; Hibey, James; SJAguestiveNC; Abramic, John; "Susan J. St. Clair" |
| Cc: | Freeman, Kia; Proctor, Wyley; psiddoway@sagepat.com; lborchers@sagepat.com |
| Subject: | RE: Indivior et al. v. BDSI (5:15-cv-350) / Aquestive v. BDSI (5:19-505) |
| Date: | Sunday, January 23, 2022 7:26:11 PM |
| Attachments: | image001.png |

Dan,

In separate emails today, we are providing access to a document production in each of the subject cases that includes documents maintained by ARx but under the control of BioDelivery relating to work done by ARx for BioDelivery.

In view of this production, we reiterate our request that plaintiffs withdraw their subpoenas to ARx at least until the requests for documents have been narrowed and in order to avoid duplication and undue burden on third-party ARx.

Best regards,
Tom



**Thomas F. Foley | Associate**
McCarter & English, LLP
265 Franklin Street | Boston, MA 02110

tfoley@mccarter.com | www.mccarter.com | V-Card
T 617.449.6575    M 973.902.3570

Boston | Hartford | Stamford | New York | Newark | East Brunswick | Philadelphia | Wilmington | Washington, DC | Miami

---

**From:** Gelwicks, Daniel <dgelwicks@Steptoe.com>
**Sent:** Tuesday, January 18, 2022 6:41 PM
**To:** Foley, Thomas F. <tfoley@McCarter.com>; E. Bradley Evans <EBE@wardandsmith.com>; Joseph A. Schouten <JAS@wardandsmith.com>; Targowska, Anna <atargowska@Steptoe.com>; Lucia, Jamie <jlucia@Steptoe.com>; Hibey, James <jhibey@steptoe.com>; SJAquestiveNC <SJAquestiveNC@Steptoe.com>; Abramic, John <jabramic@Steptoe.com>; 'Susan J. St. Clair' <SJS@wardandsmith.com>
**Cc:** Freeman, Kia <KFreeman@McCarter.com>; Proctor, Wyley <wproctor@McCarter.com>; psiddoway@sagepat.com; lborchers@sagepat.com
**Subject:** RE: Indivior et al. v. BDSI (5:15-cv-350) / Aquestive v. BDSI (5:19-505)

**\*\*External Message\*\***

Tom,

Thank you for your email regarding the third party subpoenas to ARx. While we certainly are not interested in unnecessarily burdening third parties with discovery, we cannot agree to your proposal to not serve or suspend the deadlines at this stage.

First, the subpoenas were served on ARx last Wednesday, January 12th. Second, your communication provides no assurances as to (1) when the documents maintained by ARx but under the control of BioDelivery will be

produced, or (2) whether the scope of the production will truly obviate the need for the document requests to ARx or allow for some narrowing of the document requests to ARx. Nonetheless, we are willing to work with ARx on appropriate adjustments to the extent BDSI's upcoming production fully satisfies the document requests.

Best,
Dan

**Daniel Gelwicks**
Associate
dgelwicks@Steptoe.com
+1 312 577 1291 direct | +1 630 235 3459 mobile | +1 312 577 1370 fax

Steptoe
Steptoe & Johnson LLP
227 West Monroe Street | Suite 4700 | Chicago, IL 60606
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Foley, Thomas F. <tfoley@McCarter.com>
**Sent:** Thursday, January 13, 2022 9:06 AM
**To:** E. Bradley Evans <EBE@wardandsmith.com>; Joseph A. Schouten <JAS@wardandsmith.com>; Targowska, Anna <atargowska@Steptoe.com>; Lucia, Jamie <jlucia@Steptoe.com>; Hibey, James <jhibey@steptoe.com>; SJAquestiveNC <SJAquestiveNC@Steptoe.com>; Abramic, John <jabramic@Steptoe.com>; 'Susan J. St. Clair' <SJS@wardandsmith.com>
**Cc:** Freeman, Kia <KFreeman@McCarter.com>; Proctor, Wyley <wproctor@McCarter.com>; psiddoway@sagepat.com; lborchers@sagepat.com
**Subject:** Indivior et al. v. BDSI (5:15-cv-350) / Aquestive v. BDSI (5:19-505)

Re: *Indivior, Inc. and Aquestive, Inc. v. BioDelivery Sciences International, Inc.*, Action No. 5:15-cv-350 (E.D.N.C)
*Aquestive Therapeutics, Inc. v. BioDelivery Sciences International, Inc.*, Action No. 5:19-505 (E.D.N.C)

Dear Counsel:

We have received Plaintiffs' notices of third-party subpoenas to ARx, LLC. BioDelivery is currently in the process of producing a substantial number of documents maintained by ARx but under the control of BioDelivery relating to work done by ARx for BioDelivery. We expect that this production will provide sufficient discovery as to ARx's activities for BioDelivery to either obviate the need for the document request to ARx, or, at a minimum, permit Plaintiffs to substantially narrow their requests.

In view of this upcoming production and in order to avoid duplication and undue burden on third-party ARx, we request that Plaintiffs forgo serving the subpoenas until they have had an opportunity to review the forthcoming production. In the event that the subpoenas have been served, we would request that Plaintiffs inform ARx that Plaintiffs will suspend the deadlines on the subpoenas.

Please let us know whether Plaintiffs agree with this proposal.

Best regards,
Tom



**Thomas F. Foley | Associate**
McCarter & English, LLP
265 Franklin Street | Boston, MA 02110

tfoley@mccarter.com | www.mccarter.com | V-Card
T 617.449.6575    M 973.902.3570

Boston | Hartford | Stamford | New York | Newark | East Brunswick | Philadelphia | Wilmington | Washington, DC | Miami

**We are committed to helping you navigate the COVID-19 crisis. Please visit our Coronavirus Resource Center for important updates providing business guidance throughout this pandemic. For immediate questions, please email your McCarter contact or our COVID-19 Taskforce**.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**We are committed to helping you navigate the COVID-19 crisis. Please visit our Coronavirus Resource Center for important updates providing business guidance throughout this pandemic. For immediate questions, please email your McCarter contact or our COVID-19 Taskforce**.

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.