**EXHIBIT U**

| From: | Fryer, Jennifer |
|---|---|
| To: | Peter Siddoway; Lynne Borchers; Freeman, Kia; Proctor, Wyley; Foley, Thomas F. |
| Cc: | Hibey, James; Lucia, Jamie; Abramic, John; Targowska, Anna; E. Bradley Evans; Joseph A. Schouten; Susan J. St. Clair; SJAquestiveNC |
| Subject: | Indivior et al. v BioDelivery (15-cv-350-D) and Aquestive v. BDSI (19-cv-00505-D)--Production link to AQ_EDNC007 |
| Date: | Wednesday, January 26, 2022 7:18:01 PM |

Counsel,

Attached is a Share file link for the accompanying production in both cases.

AQ_EDNC007: https://steptoeglobal.sharefile.com/d-sd5943a18a8be4045928661827e0d0147

The documents are Bates labeled AQ_EDNC0014920 – AQ_EDNC0021452. Some of the documents are labeled as **"HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY"** under the Protective Order governing this matter.

The password will follow in a separate email.

**Jennifer K. Fryer, ILAP**
IP Paralegal Specialist
JFryer@steptoe.com

# Steptoe

+1 312 577 1305 direct    Steptoe & Johnson LLP
+1 312 577 1370 fax       227 West Monroe Street
                          Suite 4700
                          Chicago, IL 60606
                          www.steptoe.com