# EXHIBIT V



Benjamin Holt
202 429 6475
bholt@steptoe.com

1330 Connecticut Avenue NW
Washington, DC 20036
202 429 3000 main
www.steptoe.com

May 31, 2022

Kia Freeman
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110

Re: *Indivior, Inc. and Aquestive Therapeutics, Inc. v. BioDelivery Sciences International, Inc.*, Civil Action No. 5:15-cv-00350-D (E.D.N.C.), and

*Aquestive Therapeutics, Inc. v. BioDelivery Sciences International, Inc.* Civil Action No. 5:19-cv-00505-D (E.D.N.C.)

Dear Counsel:

Enclosed please find a physical copy of Aquestive Therapeutics, Inc.'s production AQ_EDNC009 in both 5:15-cv-00350-D and 5:19-cv-00505-D. This production comprises records Bates labeled AQ_EDNC0022753 – AQ_EDNC0219265. The enclosed drive is password-protected, and the password will be sent via email. Please note that this production is designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" and outside counsel for BioDelivery Sciences International, Inc. are obligated to treat this production accordingly.

Sincerely,

Benjamin R. Holt
202 429 6475
bholt@steptoe.com