# EXHIBIT W



Kia Freeman
July 5, 2022
Page 2

cc (by email, w/o enclosures):

Aquestive-Indivior-BDSI@steptoe.com
BDSI-Aquestive@mccarter.com