IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-350-D

INDIVIOR, INC. f/k/a Reckitt )
Benckiser Pharmaceuticals, Inc., and )
AQUESTIVE THERAPEUTICS, )
INC. f/k/a MonoSol Rx, LLC, )
)
        Plaintiffs, )
)
v. )      **ORDER**
)
BIODELIVERY SCIENCES )
INTERNATIONAL, INC., )
)
        Defendant. )

On August 11, 2022, defendant filed a motion to seal portions of Exhibit X ([D.E. 107-1] and [D.E. 109-25]) [D.E. 112] and a memorandum in support [D.E. 113]. For good cause shown, defendant's motion to seal [D.E. 112] is GRANTED.

SO ORDERED. This 27 day of January, 2023.

                                 JAMES C. DEVER III
                                 United States District Judge